Gary Jay Kaufman, Esq.   (State Bar No. 92759)
gary@kaufmanlawgroupla.com
Colin Hardacre, Esq.       (State Bar No. 250915)
colin@kaufmanlawgroupla.com
THE KAUFMAN LAW GROUP
1901 Avenue of the Stars, Suite 1010
Los Angeles, California 90067
Telephone:  (310) 286-2202
Facsimile:   (310) 712-0023

Attorneys for Defendant,
Allan Henning

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ROBERT BADELLA, individually and on behalf of all persons similarly situated, BRADLEY AUG, individually and on behalf of all persons similarly situated, LOUIS FEBUS, individually and on behalf of all persons similarly situated, ROBERT LANGFORD, individually and on behalf of all persons similarly situated, MICHAEL SHANE YORK, individually and on behalf of all persons similarly situated, and ROBERT W. JEFFRIES, individually and on behalf of all persons similarly situated,<br><br>          Plaintiffs,<br>  v.<br><br>DENIRO MARKETING, LLC, a California limited liability company, ALAN HENNING, an individual, MODENA MARKETING INC., an Antigua and Barbuda corporation, THOMAS JONES, an individual, PIRANHA NEW MEDIA LTD., a United Kingdom corporation, DELTABREEZE HOLDINGS LTD., a Cyprus corporation, PEN HELP LTD., a United Kingdom corporation, and DOES 1-100,<br><br>          Defendants. | Case No. 3:10-cv-03908-CRB<br><br>Hon. Charles R. Breyer<br><br>**DEFENDANT ALLAN HENNING'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS PURSUANT TO CIVIL L.R. 3-16** |

1   **TO THE CLERK OF THE ABOVE ENTITLED COURT AND TO ALL PARTIES AND**

2   **THEIR ATTORNEYS OF RECORD:**

3       Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named

4   parties, there is no such interest to report.

5

6   DATED:  December 1, 2010                    THE KAUFMAN LAW GROUP

7

8                                    By:_____/s/_____

9                                          Gary Jay Kaufman
                                           Attorneys for Defendant
10                                         Allan Henning

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28