Gary Jay Kaufman, Esq.   (State Bar No. 92759)
gary@kaufmanlawgroupla.com
Colin Hardacre, Esq.     (State Bar No. 250915)
colin@kaufmanlawgroupla.com
THE KAUFMAN LAW GROUP
1901 Avenue of the Stars, Suite 1010
Los Angeles, California 90067
Telephone:  (310) 286-2202
Facsimile:   (310) 712-0023

Attorneys for Defendants,
Deniro Marketing, LLC, Allan Henning,
Modena Marketing Inc. and Deltabreeze Holdings Ltd.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ROBERT BADELLA, individually and on behalf of all persons similarly situated, BRADLEY AUG, individually and on behalf of all persons similarly situated, LOUIS FEBUS, individually and on behalf of all persons similarly situated, ROBERT LANGFORD, individually and on behalf of all persons similarly situated, MICHAEL SHANE YORK, individually and on behalf of all persons similarly situated, and ROBERT W. JEFFRIES, individually and on behalf of all persons similarly situated,<br><br>              Plaintiffs,<br>   v.<br><br>DENIRO MARKETING, LLC, a California limited liability company, ALAN HENNING, an individual, MODENA MARKETING INC., an Antigua and Barbuda corporation, THOMAS JONES, an individual, PIRANHA NEW MEDIA LTD., a United Kingdom corporation, DELTABREEZE HOLDINGS LTD., a Cyprus corporation, PEN HELP LTD., a United Kingdom corporation, and DOES 1-100,<br><br>              Defendants. | Case No. 3:10-cv-03908-CRB<br><br>Hon. Charles R. Breyer<br><br>**STIPULATED REQUEST FOR AN ORDER EXTENDING TIME FOR DEFENDANTS TO FILE REPLY MEMORANDUMS IN SUPPORT OF THEIR MOTIONS TO DISMISS**<br><br>**(PURSUANT TO LOCAL RULE 6-2; FIRST REQUEST)**<br><br>**Hearing Date:   January 21, 2011 (Friday)**<br>**Time:   10:00 a.m.**<br>**Crtrm: 8** |

Case No. 3:10-cv-03908-CRB – Stipulated Request for Order Extending Time

1    Plaintiffs and Defendants stipulate by and through their respective counsel of record as follows:

2    WHEREAS, on December 1, 2010, Deniro Marketing, LLC, Allan Henning, Modena

3    Marketing Inc. and Deltabreeze Holdings Ltd. filed motions to dismiss Plaintiffs' complaint pursuant

4    to Federal Rules of Civil Procedure 12(b)(6), 12(b)(2) and 9(b);

5    WHEREAS, the hearing on Defendants' motions is currently set for January 21, 2011 at 10:00

6    a.m. in Courtroom 8 of the above-entitled court;

7    WHEREAS, Plaintiffs filed their oppositions to Defendants' motions on January 3, 2011.  As a

8    result, Defendants will have only four days within which to analyze Plaintiffs' oppositions and draft

9    and file their replies (the current due date is January 7, 2011);

10   WHEREAS, Plaintiffs and Defendants agree that Defendants may have an additional three days

11   to file and serve their respective reply memorandums, up to and including January 10, 2011;

12   WHEREAS, this is Defendants' first request for an extension of time to file and serve their

13   respective reply memorandums;

14   WHEREAS, the requested extension of time will result in the Court's losing one (1) business

15   day within which to review the reply memorandums;

16   THEREFORE, Plaintiffs and Defendants hereby request that the Court grant Defendants an

17   extension of time within which to file and serve their respective reply memorandums in response to

18   Plaintiffs' oppositions, up to and including January 10, 2011.

19

20   IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD

21   Dated: January 4, 2011                    THE KAUFMAN LAW GROUP

22

23                                             By:_____/s/_____
                                                  Gary Jay Kaufman
24                                                Attorneys for Defendants

25   Dated: January 4, 2011                    GARBARINI LAW GROUP P.C.

26

27                                             By:_____/s/_____
                                                  Richard Garbarini, with permission
28                                                Attorneys for Plaintiffs

Case No. 3:10-cv-03908-CRB – Stipulated Request for Order Extending Time - 1

1  PURSUANT TO STIPULATION, IT IS SO ORDERED

2

3  DATED: January 6, 2011                    _____

4                                             CHARLES R. BREYER
                                              UNITED STATES DISTRICT JUDGE
5

6

7  ATTESTATION: Pursuant to General Order 45, § 10(B), I hereby attest that concurrence in the filing of the foregoing document has been obtained from each of the other signatories.

8

9  Dated: January 4, 2011                    ____/s/Gary Jay Kaufman_____

*IT IS SO ORDERED*
*Judge Charles R. Breyer*