Daniel L. Balsam (State Bar No. 260423)
THE LAW OFFICES OF DANIEL BALSAM
3145 Geary Blvd. #225
San Francisco, CA 94118
Phone: (415) 276-3067
Fax: (415) 373-3783

Richard M. Garbarini
GARBARINI LAW GROUP P.C.
501 Fifth Ave, Suite 1708
New York, New York
Phone: (212) 300-5358
Fax: (888) 265-7054

*Attorneys for Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| ROBERT BADELLA, et al., | Case No. 3:10-cv-03908-CRB |
| Plaintiffs, | **STIPULATION OF EXTENSION OF TIME FOR THE INITIAL COURT CONFERENCE FROM MAY 6, 2011 TO MAY 20, 2011.** |
| v. | |
| DENIRO MARKETING, LLC, et al., | |
| Defendants. | |

**IT IS HEREBY STIPULATED AND AGREED**, by and between Richard Garbarini, Esq., of Garbarini Law Group P.C., attorneys for Plaintiffs and the Putative Class, and Gary Jay Kaufman, Esq., of The Kaufman Law Group, attorneys for Defendants Allan Henning, Deniro Marketing, LLC, Deltabreeze Holdings Ltd., and Modena Marketing Inc., that the Court Conference currently scheduled for May 6, 2011 be extended to May 27, 2011.

---

1

Stipulation of Enlargement of Time for Court Conference

This request is made on behalf of plaintiffs' counsel.  The requested extension is necessary in order to accommodate the schedule for the Thurgood Marshall Trial Advocacy Competition scheduled to begin on May 6, 2011 and to be continued on May 13, 2011.

Richard Garbarini, along with Peter Parcher of Manatt Phelps, teach trial advocacy at PS/MS 108, a public school in Harlem, New York.  The class is to prepare for, and compete in, the Thurgood Marshall Trial Advocacy Competition.  The Thurgood Marshall Trial Advocacy Competition is a city-wide competition, and requires two coaches attend the competition; one to coach the Defense Team and one to coach the Prosecution Team.

The schedule for the Competition was released on April 22, 2011, necessitating this Stipulation.

Defendant Pen Help has been served, but has yet to Answer or otherwise appear.

No previous modifications have been requested.

The within stipulated extension of time will have no impact on the schedule for this case.

This stipulation may be filed with the Court by either signatory without further notice.

Facsimile signatures herein shall have the same force and effect of originals thereof.

Dated: April 25, 2011

| | |
|---|---|
| **GARBARINI LAW GROUP P.C.** | **THE KAUFMAN LAW GROUP** |
| Attorneys for Plaintiffs and the Putative Class | Attorneys for Defendants Allan Deniro Marketing, LLC, Deltabreeze and Modena Marketing Inc. |
| By:____/s/ Richard Garbarini_____ | By:___/s/ Gary Kaufman_____ |
| Richard Garbarini | Gary J. Kaufman |
| 501 Fifth Avenue, Suite 1708 | 1901 Avenue of the Stars, Suite 1010 |
| New York, NY 10017 | Los Angeles, CA 90067 |
| Phone: (212) 300-5358 | Phone: (310) 286-2202 |
| Fax: (888) 265-7054 | Fax: (310) 712-0023 |

1
2   SO ORDERED                                    Signed:  May 3, 2011
3   _____
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

3
Stipulation of Enlargement of Time for Court Conference