1  Gary Jay Kaufman, Esq.   (State Bar No. 92759)
   gary@kaufmanlawgroupla.com
2  Colin Hardacre, Esq.        (State Bar No. 250915)
   colin@kaufmanlawgroupla.com
3  THE KAUFMAN LAW GROUP
4  1901 Avenue of the Stars, Suite 1010
   Los Angeles, California 90067
5  Telephone:  (310) 286-2202
   Facsimile:  (310) 712-0023
6
7  Attorneys for Defendants,
   Allan Henning, Deniro Marketing, LLC,
8  Deltabreeze Holdings Ltd., and
   Modena Marketing Inc.,
9

10                 UNITED STATES DISTRICT COURT

11              NORTHERN DISTRICT OF CALIFORNIA

12                  SAN FRANCISCO DIVISION

13

14  ROBERT BADELLA, *et al.*,              Case No. 3:10-cv-03908-CRB

15           Plaintiffs,                    Hon. Charles R. Breyer

16     v.

17  DENIRO MARKETING, LLC, et al.,         **STIPULATED DISMISSAL OF PLAINTIFF
                                            BRADLEY AUG**
18           Defendants.

19

20

21

22

23

24

25

26

27

28

Pursuant to Federal Rule of Civil Procedure 41(a), Plaintiff Bradley Aug ("Aug") and Defendants Allan Henning, Deniro Marketing, LLC, Deltabreeze Holdings Ltd., and Modena Marketing Inc. (the "Parties") hereby stipulate that all of Aug's claims and causes of action are hereby dismissed with prejudice, with the Parties to bear their own fees and costs.

Dated: June 24, 2011          THE KAUFMAN LAW GROUP

By:_____/s/_____
Gary Jay Kaufman
Attorneys for Defendants

Dated: June 24, 2011          GARBARINI LAW GROUP P.C.

By:_____/s/_____
Richard Garbarini, with permission
Attorneys for Plaintiffs

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED:__July 5, 2011_____         _____
HON. CHARLES R. BREYER
United States District

IT IS SO ORDERED

Judge Charles R. Breyer

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

ATTESTATION: Pursuant to General Order 45, § 10(B), I hereby attest that concurrence in the filing of the foregoing document has been obtained from each of the other signatories.

Dated: June 24, 2011          _____/s/Gary Jay Kaufman__