Daniel L. Balsam (State Bar No. 260423)
THE LAW OFFICES OF DANIEL BALSAM
3145 Geary Blvd. #225
San Francisco, CA 94118
Phone: (415) 276-3067
Fax: (415) 373-3783

Richard M. Garbarini  (Admitted *pro hac vice*)
GARBARINI LAW GROUP P.C.
501 Fifth Ave, Suite 1708
New York, New York
Phone: (212) 300-5358
Fax: (888) 265-7054

*Attorneys for Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| ROBERT BADELLA, et al., | )<br>) Case No.    3:10-cv-03908-CRB<br>)<br>) **JOINT REQUEST AND**<br>) **STIPULATION FOR RELIEF FROM**<br>) **THE COURT'S  MAY 27, 20011**<br>) **ORDER AND SETTING THE**<br>) **SCHEDULE FOR CERTIFICATION**<br>)<br>) |
| Plaintiffs, | |
| v. | |
| DENIRO MARKETING, LLC, et al., | |
| Defendants. | |

This court issued a Minute Order on May 27, 2011 setting a hearing on Plaintiffs' Motion for Certification in this matter on August 26, 2011.  The undersigned counsel for the respective parties respectfully request the following schedule for Certification under Fed. R. Civ. P. 23 be adopted in lieu and instead of this Court's May 27, 2011 Order:

1  Plaintiffs' Motion for Certification due August 26, 2011;

2  Defendants' Opposition to Motion due September 9, 2011;

3  Plaintiffs' Reply due September 16, 2011; and,

4  Hearing to be held on _____ September 30, 2011.

5  No previous requests for relief from this Order have been made.

6  This stipulation may be filed with the Court by either signatory without further notice.

Dated: July 22, 2011

| | |
|---|---|
| **GARBARINI LAW GROUP P.C.** | **THE KAUFMAN LAW GROUP** |
| Attorneys for Plaintiffs and the Putative Class | Attorneys for Defendants Allan Henning, Deniro Marketing, LLC, Deltabreeze and Modena Marketing Inc. |
| By: /s/ Richard Garbarini | By: /s/ Gary Kaufman |
|     Richard Garbarini |     Gary J. Kaufman, with permission |
| 501 Fifth Avenue, Suite 1708 | 1901 Avenue of the Stars, Suite 1010 |
| New York, NY 10017 | Los Angeles, CA 90067 |
| Phone: (212) 300-5358 | Phone: (310) 286-2202 |
| Fax: (888) 265-7054 | Fax: (310) 712-0023 |

**SO ORDERED**

_____  Signed: July 25, 2011
Hon. Charles R. Breyer
United States District C[ourt]

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Charles R. Breyer]*

ATTESTATION: Pursuant to General Order 45, § 10(B), I hereby attest that concurrence in the filing of the foregoing document has been obtained from each of the other signatories.

Dated: July 22, 2011              /s/ Richard M. Garbarini