Gary Jay Kaufman, Esq.   (State Bar No. 92759)
gary@kaufmanlawgroupla.com
Colin Hardacre, Esq.   (State Bar No. 250915)
colin@kaufmanlawgroupla.com
THE KAUFMAN LAW GROUP
1901 Avenue of the Stars, Suite 1010
Los Angeles, California 90067
Telephone:  (310) 286-2202
Facsimile:   (310) 712-0023

Attorneys for Defendants,
Allan Henning, Deniro Marketing, LLC,
Deltabreeze Holdings Ltd., and
Modena Marketing Inc.,

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ROBERT BADELLA, *et al.*,<br><br>            Plaintiffs,<br>     v.<br><br>DENIRO MARKETING, LLC, et al.,<br><br>            Defendants. | Case No. 3:10-cv-03908-CRB<br><br>Hon. Charles R. Breyer<br><br>**STIPULATED DISMISSAL OF PLAINTIFF LOUIS FEBUS** |

1  Pursuant to Federal Rule of Civil Procedure 41(a), Plaintiff Louis Febus ("Febus") and
2  Defendants Allan Henning, Deniro Marketing, LLC, Deltabreeze Holdings Ltd., and Modena
3  Marketing Inc. (the "Parties") hereby stipulate that all of Febus' claims and causes of action are hereby
4  dismissed with prejudice, with the Parties to bear their own fees and costs.
5
6
7  Dated: July 26, 2011                    THE KAUFMAN LAW GROUP

8                                          By:_____/s/_____
                                             Gary Jay Kaufman
9                                            Attorneys for Defendants

10 Dated: July 26, 2011                    GARBARINI LAW GROUP P.C.

11                                          By:_____/s/_____
12                                            Richard Garbarini, with permission
                                              Attorneys for Plaintiffs
13

14 PURSUANT TO STIPULATION, IT IS SO ORDERED.
15
16 DATED:_ July 27, 2011 ____           _____
17                                       HON. CHARLES R. BREYER
                                         United States District Judge
18

IT IS SO ORDERED
Judge Charles R. Breyer

26 ATTESTATION: Pursuant to General Order 45, § 10(B), I hereby attest that concurrence in the filing
27 of the foregoing document has been obtained from each of the other signatories.
28 Dated: July 26, 2011                        _____/s/Gary Jay Kaufman___

Case No. 3:10-cv-03908-CRB – Stipulation of Dismissal