IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ROBERT BADELLA, individually and on behalf of all persons similarly situated, et al., <br><br> Plaintiffs, <br><br> v. <br><br> DENIRO MARKETING, LLC, a California limited liability company, et al. <br><br> Defendants. <br> _____ | Case No. 3:10-cv-03908-CRB <br><br> Hon. Charles R. Breyer <br><br> [PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION PURSUANT TO LOCAL RULE 6-3 TO ENLARGE THE TIME FOR CERTIFICATION |

Plaintiffs Robert Badella, Robert Langford, Michael Shane York and Robert W. Jeffries having moved the Court pursuant to Local Rule 6-3 to enlarge the time for certification, supported by the Declaration of Richard Garbarini is hereby GRANTED. Based on the parties voluntary consent to prior mediation and joint letter notifying the Court of the parties' intention to mediate, with the possibility of amending the Court's schedule in case mediation failed, the Court finds its certification schedule cannot reasonably be met, and Plaintiffs have shown good cause to enlarge the time for certification.

[PROPOSED] ORDER GRANTING
MOTION TO ENLARGE TIME FOR CERTIFCATION           1

1     The amended schedule for Certification shall be as follows:

2     Plaintiffs' Moving Brief is due on or before September 23, 2011;

3     Defendants' Opposition Brief is due on or before October 7, 2011; and,

4

5     Plaintiffs' Reply Brief is due on or before October 14, 2011.

6     Hearing on certification to be held on ___October 21, 2011___.

7     There will be no further amendments to the certification schedule.

8     **IT IS SO ORDERED.**

9

10     Dated: September 14, 2011

11     _____     _____

12                                      UNITED STATES DISTRICT JUDGE

(Signed: Judge Charles R. Breyer — IT IS SO ORDERED)

24     [PROPOSED] ORDER GRANTING
MOTION TO ENLARGE TIME FOR CERTIFCATION        1