1 GARY JAY KAUFMAN, SB# 92759
   E-Mail: gary@kaufmanlawgroupla.com
2 COLIN HARDACRE, SB#250915
   E-Mail: colin@kaufmanlawgroupla.com
3 **THE KAUFMAN LAW GROUP**
1901 Avenue of the Stars, Suite 1010
4 Los Angeles, California 90067
Telephone: 310.286.2202
5 Facsimile: 310.712.0023

6

7 RALPH A. ZAPPALA, SB# 102052
   E-Mail: zappala@lbbslaw.com
   PAMELA M. FERGUSON, SB# 202587
8  E-Mail: ferguson@lbbslaw.com
   **LEWIS BRISBOIS BISGAARD & SMITH LLP**
9  One Sansome Street, Suite 1400
   San Francisco, California 94104
10 Telephone: 415.362.2580
   Facsimile: 415.434.0882
11
   Attorneys for Defendants ALLAN
12 HENNING, DENIRO MARKETING LLC,
   MODENA MARKETING INC.., and
13 DELTABREEZE HOLDINGS LTD.

14

15             UNITED STATES DISTRICT COURT

16             NORTHERN DISTRICT OF CALIFORNIA

17                 SAN FRANCISCO DIVISION

18

| | |
|---|---|
| ROBERT BADELLA, et al, | CASE NO. CV10-3908 |
| Plaintiffs, | **STIPULATION & PROPOSED ORDER GRANTING DEFENDANT'S PAGE LIMIT EXTENSION FOR THEIR OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION** |
| v. | |
| DENIRO MARKETING, LLC, et al., | |
| Defendants. | Date: October 21, 2011<br>Time: 10:00 a.m.<br>Crtrm: 8 |

1  Plaintiffs and Defendants stipulate by and through their respective counsel of record as
2  follows:
3  WHEREAS this Court's Standing Order No. 5 sets a 15-page limit for "Briefs or
4  Memoranda of Points and Authorities in support of, or opposition to, any motions filed";
5  WHEREAS PLAINTIFFS' MOTION FOR CLASS CERTIFICATION (Docket No.
6  72-1), filed on September 23, 2011, was 26 pages in length;
7  WHEREAS DEFENDANT'S OPPOSITION is due to be filed on October 7, 2011;
8  IT IS HEREBY STIPULATED by and between the parties subject to the Court's
9  approval that Plaintiffs' Motion for Class Certification and Defendants' Memorandum of
10  Points & Authorities may be extended to 25 pages instead of 15.

12  **IT IS SO STIPULATED:**
13  DATED: October 5, 2011            GARBARINI LAW GROUP P.C.

15                                    By:  /s/ Richard Garbinari
                                           Richard Garbinari
16                                         Attorneys for Plaintiffs
                                           ROBERT BADELLA, et al.

18  DATED: October 5, 2011            LEWIS BRISBOIS BISGAARD & SMITH LLP

21                                    By:  /s/ Ralph A. Zappala
                                           Ralph A. Zappala
22                                         Pamela M. Ferguson
                                           Attorneys for Defendants
23                                         ALLAN HENNING, DENIRO
                                           MARKETING LLC, MODENA
24                                         MARKETING INC., AND DELTABREEZE
                                           HOLDINGS LTD.

25  **PURSUANT TO STIPULATION, IT IS SO ORDERED**

27  DATED: October 7, 2011            _____
                                      CHARLES R. BREYER
28                                    UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED — Judge Charles R. Breyer*