1  Daniel L. Balsam (State Bar No. 260423)
   GARBARINI LAW GROUP P.C.
2  2912 Diamond Street #218
3  San Francisco, CA 94131
   Phone: (415) 869-2873
4  Fax: (415) 869-2873

5  Richard M. Garbarini (Admitted Pro Hac Vice)
   GARBARINI LAW GROUP P.C.
6  420 Lexington Avenue, Suite 2743
7  New York, New York 10170
   Phone: (212) 300-5358
8  Fax: (888) 265-7054

9  Attorneys for Plaintiffs

10

11                     UNITED STATES DISTRICT COURT

12                    NORTHERN DISTRICT OF CALIFORNIA

13                         SAN FRANCISCO DIVISION

14

15  ROBERT BADELLA, *et al.*,                  | Case No. 3:10-cv-03908-CRB

16              Plaintiffs,                    | Hon. Charles R. Breyer
        v.
17                                             | **STIPULATED DISMISSAL OF ENTIRE
18  DENIRO MARKETING, LLC, et al.,             | ACTION WITH PREJUDICE PURSUANT
                                               | TO FEDERAL RULES OF CIVIL
19              Defendants.                    | PROCEDURE RULE 41(a)**

20

21

22

23

24

25

26

27

28

1  WHEREAS, on November 4, 2011, this Court issued an Order Denying Motion for Class
2  Certification and Motion to Amend Complaint, without prejudice, Docket No. 122 (the "Order"), on
3  the basis that Plaintiffs Robert Badella, Robert Langford, Michael Shane York, And Robert W. Jeffries
4  ("Plaintiffs") failed to meet their burden under Federal Rules of Civil Procedure Rule 23.

5  WHEREAS, Plaintiffs and their attorneys now understand and agree that they cannot meet their
6  burden under Rule 23 on a renewed motion, as they cannot demonstrate that questions of law or fact
7  common to the members of the purported class predominate over any questions affecting only
8  individual members, and that a class action is superior to other available methods for the fair and
9  efficient adjudication of the controversy.

10  WHEREAS, subsequent to this Court's Order, the Parties have reached a settlement in
11  principal of this matter that calls for immediate dismissal of the entire action by Plaintiffs.

12  THEREFORE, Pursuant to Federal Rule of Civil Procedure 41(a), Plaintiffs and Defendants
13  Allan Henning, Deniro Marketing, LLC, Deltabreeze Holdings Ltd., and Modena Marketing Inc.,
14  hereby stipulate that the entire action and all of Plaintiffs' claims and causes of action against all
15  defendants are hereby dismissed with prejudice.

Dated: January 20, 2012                    GARBARINI LAW GROUP P.C.

                                           By:_____/s/_____
                                              Richard Garbarini
                                              Attorneys for Plaintiffs


Dated: January 20, 2012                    THE KAUFMAN LAW GROUP

                                           By:_____/s/_____
                                              Gary Jay Kaufman , with permission
                                              Attorneys for Defendants


PURSUANT TO STIPULATION, IT IS SO ORDERED.


DATED:_January 23, 2012_                   _____
                                           HON. CHARLES R. BREYER
                                           United States District Judge

*IT IS SO ORDERED — Judge Charles R. Breyer*